# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00531-CV

**Texas Workers' Compensation Commission, Appellant**

**v.**

**Lumbermens Mutual Casualty Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN404026, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Texas Workers' Compensation Commission has filed a motion to dismiss its appeal, informing the Court that no controversy remains between the parties. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Waldrop

Dismissed

Filed:  April 7, 2009